# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

JEFFREY M. ENO, on behalf of themselves and all
others similarly situated,

        Plaintiff,

-vs-                                                               Case No. 2:10-cv-376-FtM-36SPC

SUZANNE M. COX, on behalf of themselves and
all others similarly situated, M & I MARSHALL &
IISLEY BANK, doing business as M & I Bank,

        Defendants.

_____

## ORDER

This matter comes before the Court on the Parties' Stipulation Regarding Stay and Extension of Time for Defendant to Answer, Move, or Otherwise Respond to Plaintiffs' Complaint (Doc. #8) filed on July 6, 2010. The Parties have agreed to a 30-day extension of time for Defendant to respond to the Complaint and a stay of all proceedings pending a potential transfer to the Multidistrict Litigation Panel for other related bank overdraft fees cases. Due to the unpredictability of the transfer issue, the Court will grant a limited stay.

The Court notes that the Defendant incorrectly filed this pleading as a Stipulation rather than an Unopposed Motion to Stay. A stipulation is not a motion and future filings requesting unopposed relief must be filed as an unopposed motion. Failure to do so could result in denial of the requested relief.

Accordingly, it is now

**ORDERED:**

(1) The Parties' Stipulation Regarding Stay and Extension of Time for Defendant to Answer, Move, or Otherwise Respond to Plaintiffs' Complaint (Doc. #8) is **GRANTED** to the extent that the case is stayed for a period of **NINETY (90) DAYS** from the date of this Order. Upon expiration of the stay, the parties may seek leave to continue the stay if the case is not otherwise transferred.

(2) Defendant's time to answer, move, or otherwise respond to the Complaint is extended until 30 days after the JPML declines to issue a conditional transfer order or a conditional transfer order is issued, becomes final, or the transfer becomes effective.

**DONE AND ORDERED** at Fort Myers, Florida, this __9th__ day of July, 2010.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record